UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MIGUEL A. CINTORA, )
 )
   Plaintiff, )
 ) No. 08-C-2298
v. )
 )
MICHAEL DOWNEY, et al. )
   Defendants. )

**MOTION FOR ORDER FOR REIMBURSEMENT OF TRAVEL EXPENSES**

    Now comes the Plaintiff Miguel Cintora, by and through his attorneys Amy Payne and Ashley DiFilippo of the University of Illinois College of Law Federal Civil Rights Clinic and for his Motion for Reimbursement of Travel Expenses states as follows:

1. Opposing counsel scheduled a deposition of the Plaintiff.

2. This deposition took place on November 20th, 2009 at 10:00 a.m. at the United States Penitentiary - Canaan in Waymart, Pennsylvania.

3. Opposing Counsel indicated to the court that he would be present in Waymart, Pennsylvania for the deposition.

4. Opposing Counsel was present in Waymart, Pennsylvania for the deposition.

5. Mr. Cintora would have been prejudiced if his attorneys were not present for this deposition.

6. The court ordered the warden of USP Canaan in Waymart, Pennsylvania to allow Mr. Cintora's attorneys to be present at the deposition of Mr. Cintora.

7. Therefore, it is imperative that this court reimburse the travel expenses of Mr. Cintora's attorneys from Champaign, Illinois to Waymart, Pennsylvania to attend this deposition.

8. The most cost effective mode of travel to Waymart, Pennsylvania from Champaign, Illinois was by flight leaving from Indianapolis International Airport and arriving at Scranton/Wilkes-Barre International Airport.

9. The University of Illinois College of Law purchased the roundtrip flight for $260.00 per person, including taxes.

10. Indianapolis International Airport is 119 miles from Champaign, Illinois.

11. At the rate of reimbursement of $0.55, roundtrip travel from Champaign, Illinois to Indianapolis International Airport by private automobile cost $130.90, plus an additional $27 for parking.

12. Amy Payne drove her personal vehicle from Champaign, Illinois to the Indianapolis International Airport and purchased parking there during the trip.

13. Scranton/Wilkes-Barre International Airport is 29 miles from Waymart, Pennsylvania, requiring rental vehicle transportation.

14. Amy Payne purchased the rental vehicle for $64.24.

15. Two nights of hotel accommodations for Mr. Cintora's attorneys were required.

16. The University of Illinois College of Law purchased hotel accommodations in Scranton, Pennsylvania for $114.50.

WHEREFORE, Plaintiff prays this Court:

A. Approve reimbursement for mileage reimbursement from Champaign, IL to Indianapolis, IN and for parking at the Indianapolis International Airport in the amount of 157.90 to Amy Payne.

B.    Approve reimbursement for round-trip plane tickets from Indianapolis, IN to Scranton/Wilkes-Barre International Airport in the amount of $520.80 to the University of Illinois College of Law.

C.    Approve reimbursement for a rental automobile to travel from Scranton/Wilkes-Barre International Airport to Waymart, Pennsylvania in the amount of $64.24 to Amy Payne.

D.    Approve reimbursement for hotel accommodations near Waymart, Pennsylvania in Scranton, Pennsylvania in the amount of 114.50 to the University of Illinois College of Law.

DATE: December 3, 2009

    MIGUEL A. CINTORA,
    Plaintiff

    BY: Federal Civil Rights Clinic

    /s
    ASHELY DIFILIPPO

    /s
    AMY PAYNE

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that she served the foregoing on:

    David Lewarchik
    Hervas, Condon, & Bersani, P.C.
    333 Pierce Rd.
    Ste. 195
    Itasca, IL 60143

by depositing said copy in the United States mail in Champaign, Illinois on this 3rd day of December, 2009, enclosed in an envelope, plainly addressed to the respective addressee shown above with postage duly affixed and prepaid.

    DATE: December 3, 2009

    /s
    ASHELY DIFILIPPO

    /s
    AMY PAYNE

Ashley Difilippo
Amy Payne
Federal Civil Rights Clinic
504 E. Pennsylvania
Champaign, IL 61821
Phone: 217-333-9847