UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MIGUEL A. CINTORA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 2298 |
| | ) | |
| v. | ) | |
| | ) | Chief Judge Michael P. McCuskey |
| DOWNEY, et al. | ) | Magistrate Judge David G. Bernthal |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COME Defendants, CPL. ANGELA AHRENS, CORRECTIONAL OFFICER MANUEL VILLAFUERTE, CORRECTIONAL OFFICER ANTONIO EMERY and CORRECTIONAL OFFICER JEREMY MOST, by and through their attorneys, MICHAEL W. CONDON and DAVID LEWARCHIK of HERVAS, CONDON & BERSANI, P.C., and pursuant to Federal Rule of Civil Procedure 56 and Central District of Illinois Local Rule 7.1, move this Honorable Court for an Order granting summary judgment in their favor against Plaintiff Miguel Cintora's excessive force and failure to protect claim. In support of said motion, Defendants state onto this Honorable Court the following:

1. Plaintiff Miguel Cintora filed a *pro se* Amended Complaint on February 25, 2009, against Defendants Corporal Angela Ahrens and Officers Brandon O'Connor, Antonio Emery, Jeremy Most and Manuel Villafuerte. In his Amended Complaint, Plaintiff alleges § 1983 claims for excessive force and failure to protect against the Defendants.

2. Defendants Corporal Ahrens, and Officers Emery, Most and Villafuerte move for summary judgment on Cintora's excessive force and failure to protect claims against them on the basis that Defendants did not physically touch Plaintiff, much less harm him. Therefore,

Plaintiff's excessive force claim must fail due to Defendants' lack of personal involvement in the alleged use of force. Plaintiff's failure to protect claim must also fail because Defendants were not afforded a reasonable opportunity to protect Cintora from Officer O'Connor's alleged use of force.

    3.    Defendants have filed a memorandum of law in support of this motion.

Respectfully submitted,

**s/ Michael W. Condon**
MICHAEL C. CONDON, Atty Bar No. 06192071
DAVID W. LEWARCHIK, Atty Bar No. 06281940
*Attorney for the Defendants*
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mcondon@hcbattorneys.com
dlewarchik@hcbattorneys.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MIGUEL A. CINTORA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 2298 |
| | ) | |
| v. | ) | |
| | ) | Chief Judge Michael P. McCuskey |
| DOWNEY, et al. | ) | Magistrate Judge David G. Bernthal |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2009, I filed the foregoing ***Defendants' Motion for Summary Judgment***, with the Clerk of the U.S. District Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**TO:** Amy Payne
Ashley DiFilippo
UNIVERSITY OF ILLINOIS COLLEGE OF LAW
Law Bldg, Civil Litigation
504 E. Pennsylvania Avenue
Room 241
Champaign, IL 61820
Ph:     217-244-9494
Fax:    217-333-5775
appayne2@law.uiuc.edu
adifili2@law.uiuc.edu
*Attorneys for Plaintiff*

        **s/ Michael W. Condon**
        MICHAEL C. CONDON, Atty Bar No. 06192071
        DAVID W. LEWARCHIK, Atty Bar No. 06281940
        *Attorney for the Defendants*
        HERVAS, CONDON & BERSANI, P.C.
        333 Pierce Road, Suite 195
        Itasca, IL 60143-3156
        Phone:  630-773-4774
        Fax:  630-773-4851
        mcondon@hcbattorneys.com
        dlewarchik@hcbattorneys.com