## CERTIFICATE OF SERVICE

The undersigned attorneys hereby certify that they served a copy of NOTICE OF DEPOSITION FOR ANGELA AHRENS to all parties by fax and by enclosing the same in an envelope addressed to such parties at their address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing same in a U.S. Post Office Box in Champaign, Illinois, with proper postage affixed thereto, on the 25th day of January, 2010:

Michael Condon and Yordana Sawyer
Hervas, Condon, & Bersani, P.C.
333 Pierce Road
Suite 195
Itasca, Illinois 60143

s/Ashley DiFilippo
s/Amy Payne
University of Illinois College of Law
Federal Civil Rights Clinic
504 E. Pennsylvania Ave.
Champaign, Illinois 61821
adifili2@law.uiuc.edu
appayne2@law.uiuc.edu
(217) 244-9494
fax (217) 333-5775