IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

MIGUEL A. CINTORA, )
)
    Plaintiff, ) Case No. 08 CV 2298
)
v. )
)
DOWNEY, et al. )
)
    Defendants. )

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2010, I faxed and mailed by regular U.S. mail Plaintiff's Supplemental Response to Defendant's Interrogatories to defendants at the address of their attorneys below:

Yordanna Sawyer
Michael Condon
Hervas, Condon & Bersani, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
630-773-4774
Fax: 630-773-4851

    s/ Ashley DiFilippo
    s/ Amy Payne
    Attorneys for Miguel Cintora
    University of Illinois College of Law
    Federal Civil Rights Clinic
    504 E. Pennsylvania Ave.
    Champaign, Illinois 61821
    adifili2@law.uiuc.edu
    appayne2@law.uiuc.edu
    (217) 244-9494
    fax (217) 333-5775